UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DHIRAJ SHADIJA, *on behalf of himself and*
*FLSA Collective Plaintiffs*,

                     Plaintiff,

                -against-

APOLLO MANUFACTURING INC. et al.,

                    Defendants.
------------------------------------------------------------X

24-CV-3502 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The Clerk of the Court has entered a Certificate of Default in this matter against Defendants Jai Sadhwani and Alicia Sadhwani.  (Docs. 12–13.)  Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

SO ORDERED.

Dated:  June 6, 2024
         New York, New York

                                                                         _____
                                                                            Vernon S. Broderick
                                                                            United States District Judge