UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                             :

DHIRAJ SHADIJA, *on behalf of himself and*  :
*FLSA Collective Plaintiffs*,              :
                             :

               Plaintiff,    :         24-CV-3502 (VSB)
                             :

         -against-         :        **ORDER**
                             :

APOLLO MANUFACTURING INC. et al.,   :
                             :

              Defendants.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On July 12, 2024, the parties filed a letter requesting that all deadlines be adjourned in this case in light of the parties' intention to seek early resolution by way of private mediation. (Doc. 23.)  On July 15, 2024, I granted the parties' request and ordered that the parties were to file a joint status letter by July 29, 2024.  (Doc. 24.)  To date, the parties have not filed a status update.  Accordingly, the parties are ordered to comply with Doc. 24 and file a status update on or before August 9, 2024.

SO ORDERED.

Dated: August 5, 2024
       New York, New York

                                      Vernon S. Broderick
                                      United States District Judge