**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DHIRAJ SHADIJA,                                           :
                                                          :
          Plaintiff,                                 :     24-CV-3502 (VSB) (OTW)
                                                          :
          -against-                                 :     **ORDER**
                                                          :
APOLLO MANUFACTURING INC., et al.,                        :
                                                          :
         Defendants.                                :
                                                          :
                                                          :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 51.

The parties' motion is **GRANTED in part.** The parties' request for an extension to submit their 26(f) report is **GRANTED.** The parties are directed to submit their 26(f) report by **11:59 p.m. EDT on April 21, 2025.** Because little progress has been made in this case over the last year, the Court is not inclined to adjourn or convert the April 23, 2025, initial case management conference to a telephonic conference, and reserves its decision. Plaintiff's counsel is also directed to file a letter on the docket by **11:59 p.m. EDT on April 21, 2025,** detailing for the Court the time of the medical appointment, why it presents a conflict, and why this issue was not raised sooner. Plaintiff's letter may be filed under seal.

If the parties wish to consent to my jurisdiction over this case pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 739(b)(1), they may fill out and file on the docket by **Friday, April 25, 2025**, the form found at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, or indicate their consent in the 26(f) report to be filed later today.

The Clerk of Court is respectfully directed to close ECF 51.

**SO ORDERED.**

Dated: April 21, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge