UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DHIRAJ SHADIJA,                                  :
                                                 :
            Plaintiff,                        :      24-CV-3502 (VSB) (OTW)
                                                 :
            -against-                        :      **ORDER**
                                                 :
APOLLO MANUFACTURING INC., et al.,               :
                                                 :
            Defendants.                       :
                                                 :
                                                 :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 56 and 57.

Plaintiff's motion for an extension of time to file their joint status report is **GRANTED nunc pro tunc**.

Defendants are directed to file a letter response to ECF 57 by **June 4, 2025,** explaining why they did not confer with opposing counsel regarding the parties' <u>joint</u> status report.

The Clerk of Court is respectfully directed to close ECF 56.

      **SO ORDERED.**

Dated: May 30, 2025                         *s/ Ona T. Wang*
       New York, New York              **Ona T. Wang**
                                             United States Magistrate Judge