UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DHIRAJ SHADIJA,                                             Case No.: 24-CV-3502 (VSB)(OTW)

                                    Plaintiff,

          -against-

APOLLO MANUFACTURING INC.,                         **JUDGMENT**
JAI SADHWANI and ALICIA SADHWANI,

                                    Defendants.
-------------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 20, 2025; and Defendants Apollo Manufacturing Inc., Jai Sadhwani, and Alicia Sadhwani having offered to allow judgment in this action to be taken against them and in favor of Plaintiff Dhiraj Shadija in the amount of Thirty-Two Thousand Five Hundred and 00/100 Dollars ($32,500.00), inclusive of all attorneys' fees, litigation expenses, and costs of suit now accrued by Plaintiff, to fully and finally resolve all claims asserted by Plaintiff against Defendants in this action on the terms set forth in such Offer of Judgment; and an Order having been filed on February 5, 2026, directing the Clerk of Court to enter judgment accordingly; it is hereby,

ORDERED and ADJUDGED that, on the terms set forth in the Offer of Judgment, Judgment is entered in favor of Plaintiff Dhiraj Shadija and against Defendants Apollo Manufacturing Inc., Jai Sadhwani, and Alicia Sadhwani, jointly and severally, in the amount of $32,500.00, inclusive of all attorneys' fees, expenses, and costs now accrued.

Dated: New York, New York

 February 6, 2026

                                          By:    _____
                                                 Hon. Vernon S. Broderick, U.S.D.J.

1